UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-22226-CIV-FAM

| | |
|---|---|
| FRANCISCO VAZQUEZ, and all others similarly situated under 29 U.S.C. 216(b), | ) ) ) |
| Plaintiff, | ) |
| vs. | ) ) |
| GOLD PROTECTION SERVICES INC., ALAIN URQUIOLA, | ) ) ) |
| Defendants. | ) ) |

## PLAINTIFFS' STATEMENT OF CLAIM

Now come the Plaintiffs, by and through the undersigned, and file the above-described

Statement of Claim as follows:

**Half-Time Overtime Claim (11/1/16-12/15/17):**
Amount of Half-Time Overtime per hour not compensated: $4.50
Weeks: 58
Overtime hours per week: 54.5
Total overtime wages unpaid and liquidated damages: $14,224.50 X 2 = $28,449.00, *exclusive of* **attorneys' fees and costs**

Attorney fees and costs to date:
J.H. Zidell, Esq. – 2.7 hours X $390.00 per hour = $1,053.00
Rivkah Jaff, Esq. – 1.6 hours X $290.00 per hour = $464.00
Neil Tobak, Esq. – 1.2 hours X $290.00 per hour = $348.00
Costs - $530

* Plaintiff seeks all fees and costs under the FLSA. The above calculations do not account for fees and costs under the FLSA sought by Plaintiff.
** Plaintiff reserves the right to seek time-and-one-half damages for any *additional* completely unpaid overtime hours should the facts adduced in discovery justify same.

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF

300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:_s/ Rivkah F. Jaff, Esq. ___
   Rivkah F. Jaff, Esquire
   Florida Bar No.: 107511

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF ON 6/8/18 TO:**

**ALL CM/ECF RECIPIENTS**

**BY:_____/s/ Rivkah F. Jaff_____**
**RIVKAH F. JAFF, ESQ.**