07/19/2018 16:15 3058657167 JH ZIDELL PA PAGE 01/02
Case 1:18-cv-22226-FAM Document 8 Entered on FLSD Docket 07/20/2018 Page 1 of 4
Case 1:18-cv-22226-FAM Document 3 Entered on FLSD Docket 06/05/2018 Page 1 of 2

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

FRANCISCO VAZQUEZ, and all others )
similarly situated under 29 U.S.C. 216(b), )
)
Plaintiff, )
vs. )   18-cv-22226
)
GOLD PROTECTION SERVICES INC., )
ALAIN URQUIOLA, )
)
Defendants. )

**SUMMONS IN A CIVIL ACTION**

To:
GOLD PROTECTION SERVICES INC.,
Registered Agent: GONZALEZ, ALEXIS A, Sr.
900 W 49 ST., SUITE 510
HIALEAH, FL 33012

SERVED
DATE 2/19/18
TIME 10:30 ??
BY _____ R# 247

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: June 05, 2018


Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ C. Barnes-Butler
Deputy Clerk
U.S. District Courts


633

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18-22226

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Gold Protection Services, Inc
was received by me on *(date)* 6/6/18.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Urquiola Alain MGR, who is designated by law to accept service of process on behalf of *(name of organization)* Gold Protection Services, Inc on *(date)* 7/15/18 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0. — for travel and $ 0. for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 7/15/18

_____
Server's signature

Frank Ayllon
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

07/19/2018  16:15    3058657167                      JH ZIDELL PA                                      PAGE  02/02
Case 1:18-cv-22226-FAM   Document 8   Entered on FLSD Docket 07/20/2018   Page 3 of 4
Case 1:18-cv-22226-FAM   Document 3   Entered on FLSD Docket 06/05/2018   Page 2 of 3

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| FRANCISCO VAZQUEZ, and all others similarly situated under 29 U.S.C. 216(b), | ) ) ) | |
| Plaintiff, | ) ) | 18-cv-22226 |
| vs. | ) ) ) | |
| GOLD PROTECTION SERVICES INC., ALAIN URQUIOLA, | ) ) ) | |
| Defendants. | ) ) | |



SERVED
DATE 7/15/18
TIME 10.30 AM
BY [signature] 747

**SUMMONS IN A CIVIL ACTION**

To: (Defendant's name and address)
URQUIOLA, ALAIN
8391 NW 7 ST., UNIT 12
MIAMI, FL 33126

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: June 05, 2018

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ C. Barnes-Butler
Deputy Clerk
U.S. District Courts

6 34

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

18- 22226

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* URADIELA - ALAIN

was received by me on *(date)* 6/6/18

☒ I personally served the summons on the individual at *(place)* 7367 SW 22 ST

Miami FLA on *(date)* 7/15/18 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 2— for travel and $ 4 for services, for a total of $ c/0.00

I declare under penalty of perjury that this information is true.

Date: 7/15/18

_____
Server's signature

Frank Ayllon
*Printed name and title*

_____
Server's address

Additional information regarding attempted service, etc: