UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-22226-CV-MORENO

**FRANCISCO VAZQUEZ, and**
**All others similarly situated under**
**29 U.S.C. 216(b)**
        Plaintiff,

v.

**GOLD PROTECTION SERVICES INC.,**
**ALAIN URQUIOLA,**
        Defendants.
_____/

**DEFENDANTS' MOTION TO EXTEND TIME**
**TO ANSWER THE PLAINTIFF'S COMPLAINT**

COMES NOW, the Defendant, **GOLD PROTECTION SERVICES INC., and ALAIN URQUIOLA**, by and through undersigned counsel and moves this Honorable Court to extend the time to file an Answer to the Plaintiff's Complaint. In furtherance thereof the defendant states as follows:

1. A Complaint in the above captioned matter was served on the Defendants on July 20, 2018 [DE 1]. The original due date to answer the Complaint is August 10, 2018 [DE 8].

2. The undersigned counsel was hired, on August 9, 2018, late in the afternoon. The Defendants had not been able to retain counsel before this date due to other obligations.

3. Counsel needs additional time to review the Complaint, gather information to properly answer the Complaint, and to discover whether Affirmative Defenses should be asserted.

4. Counsel attempted to confer with Plaintiffs' counsel to determine if this motion is opposed or unopposed, however Plaintiff's counsel was unavailable at the time contact was initiated.

5. This Motion is made in good faith and not for purposes of delay. And neither party should be prejudiced by this extension.

**WHEREFORE**, the Defendants move this Honorable Court to enter an order granting this Motion for Extension of Time to Answer the Complaint in this matter.  The Defendants requests a 20 day extension from the date of August 10, 2018, or other appropriate relief this Court deems appropriate.

By: /s/ Alex A. Hanna
Alex A. Hanna, Esq.
FBN: 487716
/s/ Lourdes M. Gonzalez
Lourdes M. Gonzalez
FBN: 0872172

### CERTIFICATE OF CONFERAL

Undersigned Counsel attempted to confer by phone with Plaintiffs' counsel to determine if this motion is opposed or unopposed, however Plaintiff's counsel was unavailable at the time contact was initiated.

Dated this 10th Day of August, 2018.

Respectfully submitted,

LAW OFFICES OF ALEX A. HANNA, PA
8700 West Flagler Street, Suite 380
Miami, Florida 33174
Tel: 305-883-7272 ext. 167
Fax: 305-883-5515
Service Email: alex@alexhanna.com
(Counsel for Defendants, **GOLD PROTECTION SERVICES INC., ALAIN URQUIOLA**)

           By: /s/ Alex A. Hanna
              Alex A. Hanna, Esq.
              FBN: 487716
              /s/ Lourdes M. Gonzalez
              Lourdes M. Gonzalez
              FBN: 0872172

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing motion was served upon the attorney of record for the Plaintiff, Neil Tobak of J.H. Zidell P.A., 300 71 St., Suite 605, Miami Beach, FL 3314, through the CM/ECF Filing system on August 10th, 2018.

           By: /s/ Alex A. Hanna
              Alex A. Hanna, Esq.
              FBN: 487716
              /s/ Lourdes M. Gonzalez
              Lourdes M. Gonzalez, Esq.
              FBN: 0872172