UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-22226-CV-MORENO

FRANCISCO VAZQUEZ, and
All others similarly situated under
29 U.S.C. 216(b)
                    Plaintiff,

v.

GOLD PROTECTION SERVICES INC.,
ALAIN URQUIOLA,
                    Defendants.
_____/

## DEFENDANTS' CORRESPONDING STATEMENT OF WAGES IN RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM; PER DE 6 "NOTICE OF COURT PRACTICE IN FLSA CASES"

COME NOW, the Defendants, **GOLD PROTECTION SERVICES INC., and ALAIN URQUIOLA**, by and through the undersigned, and file the corresponding statement of wages in response to Plaintiff's statement of claim, per DE 6 "Notice of Court Practice as to FLSA Cases" as follows:

**As to: Half-Time/Overtime claim 11/1/16-12/15/17:**

Amount of Half-Time/Overtime per hour *due*:   **$0.00**   (Plaintiff was an Independent Contractor)

Weeks:   **58**

Overtime hours per week:  *No Overtime pay was due*. Hours and pay rate varied per assignment, beginning at **$9.00** an hour. The Defendant is actively requesting total amount paid from accountant.

Total overtime wages unpaid and "liquidated damages":    **$0.00**

The Defendants respectfully request the right to supplement this document upon receipt of more detailed information.

Dated this 28th Day of August, 2018.

Respectfully submitted,

LAW OFFICES OF ALEX A. HANNA, PA
8700 West Flagler Street, Suite 380
Miami, Florida 33174
Tel: 305-883-7272 ext. 167
Fax: 305-883-5515
Service Email: alex@alexhanna.com
(Counsel for Defendants, **GOLD PROTECTION
SERVICES INC., ALAIN URQUIOLA**)

By:    /s/ Alex A. Hanna
       Alex A. Hanna, Esq.
       FBN: 487716
       /s/ Lourdes M. Gonzalez
       Lourdes M. Gonzalez
       FBN: 0872172

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was served upon the attorney of record for the Plaintiff, Neil Tobak of J.H. Zidell P.A., of 300 71 St., Suite 605, Miami Beach, FL 3314, through the CM/ECF Filing system on August 10th, 2018.

By:    /s/ Alex A. Hanna
       Alex A. Hanna, Esq.
       FBN: 487716
       /s/ Lourdes M. Gonzalez
       Lourdes M. Gonzalez, Esq.
       FBN: 0872172