UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-22226-CIV-FAM

FRANCISCO VAZQUEZ, and all others )
similarly situated under 29 U.S.C. 216(b), )
                                                  )
             Plaintiff, )
vs. )
                                                  )
GOLD PROTECTION SERVICES INC., )
ALAIN URQUIOLA, )
             Defendants. )
_____ )

**ORDER SCHEDULING MEDIATION**

THE INITIAL MEDIATION CONFERENCE in this matter shall be held with mediator Neil Flaxman, Esq., on November 16, 2018, commencing at 10:00 a.m. at Brickell Bayview Centre 80 SW 8th Street, Suite 3100, Miami, Florida 33130.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 25th day of September, 2018.

                                                   FEDERICO A. MORENO
                                                   UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record