UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-22226-CIV-LOUIS

FRANCISCO VAZQUEZ, and
all others similarly situated under
29 U.S.C. 216(b)
        Plaintiff,
V.

GOLD PROTECTION SERVICES INC.,
ALAIN URQUIOLA,
        Defendants.
_____/

## ORDER ON JOINT MOTION FOR AN EXTENSION OF ALL DEADLINES BY 180 DAYS

This matter comes before the Court on the parties' joint motion to extend all of the deadlines from the initial scheduling order for 180 days. After reviewing the Motion and the record herein, the Court being fully advised of the premise, it is hereby,

**ORDERED AND ADJUDGED** that the Motion be GRANTED as follows:

## SCHEDULING ORDER SETTING TRIAL

THIS COURT issues this order in accordance with Local Rule 16.1. The parties shall comply with the following modified deadlines:

| | |
|---|---|
| Conference and selection of Mediator: Completed and scheduled at DE 21 and 22. | 11/16/18 at 10:00 a.m. |
| Deadline to join additional parties: | January 4, 2019 |
| Deadline to complete all discovery (including expert discovery): | April 19, 2019 |
| Deadline for the filing of all motions for summary judgment: | July 6, 2019 |
| Deadline for the filing of pretrial motions (including motions in limine and Daubert motions): | May 3, 2019 |

| Mediation to be completed no later than: | May 3, 2019 |
|---|---|
| Status Conference/Pretrial Conference at 2:00 p.m.; C. Clyde Atkins U.S. Courthouse 301 North Miami Avenue 11th floor Miami, Florida 33128: | June 21, 2019 |

**DONE AND ORDERED** in Chambers at Miami, Florida, this 1st day of November, 2018.

_____
**LAUREN LOUIS**
**UNITED STATES MAGISTRATE JUDGE**

Copies furnished to:

Counsel of Record